BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
KARIM ISKANDER BAYYOUK

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0420-EMC |
| Plaintiff, | |
| v. | |
| KARIM ISKANDER BAYYOUK, | |
| Defendant. | |

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-0625-EMC |
| Plaintiff, | |
| v. | |
| BASSAM YACOUB SALMAN a/k/a Bassam Jacob Salman, | |
| Defendant. | |

---

**STIPULATION AND [PROPOSED] ORDER SETTING
HEARING AND BRIEFING SCHEDULE**

Pursuant to the Court's Order at the October 31, 2012 Status Hearing in the above-captioned matters, the parties have met and conferred regarding a briefing schedule on the

-1-

United States' Motion for a Joint Trial of Separate Cases which is currently set for hearing on December 19, 2012. It is hereby stipulated and agreed by and between the parties, through their respective counsel of record, and respectfully requested that the Court order as follows:

1.    Defendants shall file their Oppositions to the United States' Motion for a Joint Trial of Separate Cases no later than December 5, 2012.

2.    Plaintiff United States shall file its Reply to Defendants' Oppositions to the United States' Motion for a Joint Trial of Separate Cases no later than December 12, 2012.

3.    The hearing on the Motion for a Joint Trial of Separate Cases shall be heard on December 19, 2012 at 2:30 p.m.

**IT IS SO STIPULATED.**


Dated: November 8, 2012                         LAW OFFICES OF BRIAN H GETZ

                                                By:      /s/Brian H Getz
                                                      Brian H Getz
                                                      Attorney for Defendant Karim Bayyouk

Dated: November 8, 2012                         LAW OFFICES OF GAIL SHIFMAN

                                                By:      /s/Gail Shifman
                                                      Gail Shifman
                                                      Attorney for Defendant Bassam Yacoub Salman

Dated: November 8, 2012                         MELINDA HAAG
                                                UNITED STATES ATTORNEY

                                                By:      /s/Adam A. Reeves
                                                      ADAM A. REEVES
                                                      Assistant United Attorney

# [PROPOSED]

## ORDER

Based on the foregoing, and good cause appearing, the United States' Motion for a Joint Trial of Separate Cases shall be heard on December 19, 2012 at 2:30 p.m.  Defendants shall file their Oppositions to the United States' Motion for a Joint Trial of Separate Cases on December 5, 2012 and the United States shall file its Reply Brief to Defendants' Oppositions on December 12, 2012.

**IT IS SO ORDERED.**

Dated:   November _____13_____, 2012    _____



THE HON~~~~~~~~~~~~~~~~HEN
United Sta~~~~~~~~~~~~~~