UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR11-0625 EMC |
| Plaintiff, | |
| v. | **FIRST AMENDED PRETRIAL ORDER FOR CRIMINAL JURY TRIAL AND BRIEFING SCHEDULE** |
| BASSAM JACOB SALMAN, | |
| Defendant. | |
| _____/ | |

Good cause appearing, it is hereby ordered that:

1.    TRIAL DATE

        a.      Jury trial is **reset** from 3/4/13 to **3/18/13** in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.   Typical court day for trial is 8:30 a.m. to 2:00 p.m.; **Thursdays** are dark.

        b.      The length of trial is expected to last not more than **twelve (12) court days.**

2.    DISCOVERY

        Both sides will comply with the Federal Rules of Criminal Procedure and Criminal Local Rule 16-1.  The United States will comply with *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972) and *United States v. Agurs*, 427 U.S. 97 (1976).

3.    MOTIONS

        a.      Government's motion for joint trial was heard on 12/19/12.   The Court denied Government's motion.

        b.      Pretrial motions (including motions *in limine*) shall be noticed and set for

1

hearing on **2/26/13 at 2:30 p.m.**  The briefing schedule for all motions other than the motion to suppress shall comply with Criminal Local Rule 47-2.

        c.      Criminal Local Rule 16-1(c) disclosure shall be made no later than **1/14/13.**

    4.      <u>PRETRIAL CONFERENCE</u>

        a.      A pretrial conference will be held on  **2/26/13 at 2:30 p.m.**   The attorneys who will try the case shall attend the conference and be prepared to discuss the matters set forth in Criminal Local Rule 17.1-1.

        b.      By **2/5/13**, the parties shall, consistent with defendant's right to an effective defense, complete the following:

           (1)      Serve and file a pretrial statement pursuant to Crim. L.R. 17.1-1(b).

           (2)      Serve and file a trial brief setting forth the following:

                (a)      A description of each offense charged in the case.

                (b)      A description of all of the relevant facts upon which the parties stipulate.

                (c)      A brief description of the law applicable to each alleged offense, including, but not limited to, a listing of the elements of each alleged offense and affirmative defense and any instructions that the Court should consider in reaching a decision in the case.

                (d)      Points of law on any other issues relevant to the trial, including all foreseeable procedural and evidentiary issues.

           (3)      Serve and file a joint exhibit list in tabular form, with (a) a column that briefly describes the exhibit; (b) a column that describes for what purpose the party will offer the exhibit and identifies its sponsoring witness; (c) a column that states any objections to the exhibit; (d) a column that briefly responds to the objections; and (e) a blank column for the Court's use.  Before this list is filed with the Court, the parties shall meet and confer, in person, to consider exhibit numbers, to

eliminate duplicate exhibits and confusion over exhibits, and to make a good faith effort to stipulate to admissibility. If stipulation is not possible, the parties shall make every effort to stipulate to authenticity and foundation absent a legitimate (not tactical) objection.

(4) Serve and file a list of the witnesses that each party intends to call at the trial in its case-in-chief, not including rebuttal witnesses, briefly setting forth for each witness the substance of their testimony.

(5) Exchange exhibits, which shall be pre-marked (plaintiff shall use numbers; defendant shall use non-duplicative consecutive numbers as agreed in advance) and tabbed.

(6) Deliver two (2) binders of all pre-marked exhibits to chambers (exhibits are not to be filed). *Exhibits must be premarked. In addition, one set of exhibits must be tagged.* Exhibits shall be three-hole punched and shall be submitted in binders. Sample tags are attached as Exhibit A hereto.

(7) Serve and file proposed jury instructions on all substantive issues and on any procedural issue not adequately covered by the Court's standard instructions (i.e. the <u>Ninth Circuit Manual of Model Criminal Jury Instructions</u> (2003 ed. as amended through 2006) (also available on the Ninth Circuit website at www.ce9.uscourts.gov) shall be given absent objection: 1.1-1.12, 2.1-2.2, 3.1-3.2, 3.5-3.9, 7.1-7.6.

    (a) Any instruction contained in the Ninth Circuit Model Instructions Manual may be requested by designation of its number.

    (b) Each other instruction shall be requested by setting forth the instruction in full text on a separate sheet with reference to supporting legal authority.

1    (c)    Prior to filing the proposed instructions, the parties shall meet

2          and confer and work in good faith towards a stipulated set of

3          instructions.  If a full agreement is not reached, the parties shall

4          enumerate the instructions on which an agreement is reached

5          and then list separately the additional instructions proposed by

6          each party.

7    (8)    Serve and lodge a proposed form of verdict and proposed questions for

8          jury voir dire.  Voir dire questions not agreed to shall be listed

9          separately.

10   c.    Not less than one (1) week prior to the Pretrial Conference, the parties shall:

11   (1)    Serve and file any formal objections to the opposing party's witnesses.

12          As to objections to exhibits on the exhibit list, the objecting party shall

13          set forth a detailed basis for each objection.  Failure to do so  shall be

14          deemed a waiver.

15   d.    No party shall be permitted to call any witness or offer any exhibit in their

16   case in chief that is not disclosed pursuant to this Pretrial Order, without leave of Court for good

17   cause shown, consistent with defendant's right to an effective defense.

18   e.    All motions *in limine* shall be noticed in accordance with Criminal Local Rule

19   47-2 and heard at the Pretrial Conference.

20   5.    CHALLENGES

21          The procedure for exercising peremptory challenges in Criminal Local Rules 24-2

22   and 24-3 will be observed absent objection by the parties.

23   6.    COPIES

24          Each document filed or lodged with the Court must be accompanied by a copy for use

25   in the Judge's chambers.

26   ///

27   ///

28   ///

4

7.     <u>CHANGE OF PLEA</u>

Counsel shall give prompt notice to the United States Attorney and to the Court of any intention to change a previously entered not guilty plea. A written plea agreement must be submitted at least one (1) day in advance of the plea.

8.     Jury instructions, proposed form of verdict, and requested voir dire shall also be submitted to Chambers in Word or WordPerfect format on a floppy disk.

Dated:     December 20, 2012

_____
EDWARD M. CHEN
United States District Judge

# JUROR QUESTIONNAIRE

1.      Name.

2.      City of residence.

3.      Occupational status.

4.      Organizations.

5.      Hobbies.

6.      Marital status.

7.      Spouse's occupation.

8.      Children (including ages).

9.      If a juror on another case.

10.     If ever a grand juror.

11.     If ever in the military.

# EXHIBIT A

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

Betty Lee, Deputy Clerk

-------------------------------------------------------