MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Adam.Reeves@usdoj.gov
        Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> BASSAM YACOUB SALMAN <br> a/k/a Bassam Jacob Salman, <br>     Defendant. | No. CR 11-0625 EMC <br><br> STIPULATION AND [P~~ROP~~OSED] ORDER EXCLUDING TIME |

WHEREAS, on October 26, 2011, the United States produced approximately 937,000 pages of documents and other materials to counsel for the defendant;

WHEREAS, counsel for the defendant needs time to review the discovery;

WHEREAS, the Court held a status conference on May 9, 2012, and set this case for trial on March 4, 2013;

WHEREAS, in an order dated May 23, 2012, and with the consent of the defendant, the Court concluded that the exclusion of time from May 9, 2012, to March 4, 2013, should be made under 18 U.S.C. § 3161(h)(7)(B)(iv);

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0625 EMC

1  WHEREAS, on December 19, 2012, the Court reset the trial date to March 18, 2013, and
2  set a pre-trial conference on February 26, 2013;
3  WHEREAS, on January 8, 2013, the Court granted the defendant's motion to continue
4  the trial and reset the trial date to June 24, 2013;
5  WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
6  time necessary for effective preparation, taking into account the exercise of due diligence, and
7  under the circumstances, the ends of justice served by a reasonable continuance outweigh the
8  best interest of the public and the defendant in a speedy trial;
9  WHEREAS, the defendant consents to the exclusion of time from January 8, 2013, to
10 June 24, 2013;
11 THEREFORE, it is hereby stipulated by and between the parties, through their respective
12 counsel of record, that the period of time from January 8, 2013, to June 24, 2013, shall be
13 excluded in computing the time within which the trial of the offenses alleged in the Indictment
14 must commence under 18 U.S.C. § 3161.

DATED: January 9, 2013                    MELINDA HAAG
                                          United States Attorney


                                          _____/s/_____
                                          ROBERT S. LEACH
                                          ADAM A. REEVES
                                          Assistant United States Attorneys

DATED: January 9, 2013                    GAIL SHIFMAN, ESQ.
                                          Law Offices of Gail Shifman


                                          _____/s/_____
                                          GAIL SHIFMAN, ESQ.
                                          Counsel to Defendant Bassam Salman

///
///
///

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0625 EMC

**ORDER EXCLUDING TIME**

Pursuant to stipulation, it is HEREBY ORDERED as follows:

The Court finds that the ends of justice served by granting a continuance from January 8, 2013, to June 24, 2013, outweigh the best interests of the public and the defendant in a speedy trial. The Court ORDERS that the time between January 8, 2013, to June 24, 2013, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED: January 14, 2013



_____
The Honorable Edward M. Chen
United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0625 EMC