1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   ROBERT S. LEACH (CABN 196191)
5  Assistant United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-mail: Adam.Reeves@usdoj.gov
8              Robert.Leach@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0625 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| BASSAM YACOUB SALMAN, a/k/a Bassam Jacob Salman, | |
| Defendant. | |

## STIPULATION

The United States and the defendant in this action, through undersigned counsel, hereby stipulate and agree as follows:

1. The United States is prepared to produce to the defendant witness statements and reports governed by 18 U.S.C. § 3500, including grand jury testimony, in advance of trial.

STIPULATION & [PROPOSED] ORDER
CR 11-0625 EMC

2. Federal Rule of Criminal Procedure 6(e)(3)(E) provides that the Court "may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand-jury matter: (i) preliminary to or in connection with a judicial proceeding." The parties request that the Court issue an order authorizing such disclosure.

3. Possession of copies of the witness statements and reports shall be limited to the defendant and his attorneys, including any investigators, paralegals, law clerks, assistants, and other persons who are within the attorney-client privilege (hereinafter collectively referred to as "members of the defense team"). The defendant, his attorneys, and members of his defense team shall use the witness statements and reports only for the purpose of defending against the allegations in the Indictment. The defendant, his attorneys, and members of his defense team shall not provide copies of the witness statements and reports to other persons.

4. At the conclusion of this proceeding, the defendant, his attorneys, and members of his defense team shall return to the government all copies of the witness statements and reports.

STIPULATED AND AGREED TO:

DATED: April 23, 2013        MELINDA HAAG
                             United States Attorney


                             _____/s/_____
                             ADAM A. REEVES
                             ROBERT S. LEACH
                             Assistant United States Attorneys


DATED: April 23, 2013        LAW OFFICES OF GAIL SHIFMAN


                             _____/s/_____
                             GAIL SHIFMAN, ESQ.
                             Counsel for Defendant
                             Bassam Yacoub Salman

STIPULATION & [PROPOSED] ORDER
CR 11-0625 EMC

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing, it is HEREBY ORDERED that the United States is authorized to disclose to the defendant the grand jury testimony of witnesses intended to be called at the trial. It is FURTHER ORDERED that use of any witness statements and reports produced by the United States shall be restricted as set forth in Paragraphs 3 through 4 above.

Dated: 4/30/13



Hon.
United

STIPULATION & [PROPOSED] ORDER
CR 11-0625 EMC