MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0625 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| BASSAM YACOUB SALMAN, a/k/a Bassam Jacob Salman, | |
| Defendant. | |

## STIPULATION

WHEREAS, on January 8, 2013, the Court granted the defendant's motion to continue the trial and reset the trial date to June 24, 2013;

WHEREAS, in an order dated January 14, 2013, and with the consent of the defendant, the Court ordered that the time between January 8, 2013, to June 24, 2013, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
Case No. CR 11-0625 EMC

1  WHEREAS, on May 10, 2013, the Court on its own motion continued the trial date to July 19,
2  2013;

3  WHEREAS, the defendant consents to an exclusion of time from June 24, 2013, to July 19,
4  2013, on the ground that a failure to grant the continuance would deny defense counsel the reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence, and,
6  under the circumstances, the ends of justice served by a reasonable continuance outweigh the best
7  interest of the public and the defendant in a speedy trial;

8  THEREFORE, it is hereby stipulated by and between the parties, through their respective
9  counsel of record, that the period of time from June 24, 2013, to July 19, 2013, shall be excluded in
10 computing the time within which the trial of the offenses alleged in the Indictment must commence
11 under 18 U.S.C. § 3161.

DATED: May 28, 2013

MELINDA HAAG
United States Attorney

/s/
_____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

DATED: May 28, 2013

GAIL SHIFMAN, ESQ.
Law Offices of Gail Shifman


_____/s/_____
GAIL SHIFMAN, ESQ.
Counsel to Defendant Bassam Salman

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
Case No. CR 11-0625 EMC                    2

**ORDER EXCLUDING TIME**

Pursuant to stipulation, it is HEREBY ORDERED as follows:

The Court finds that the ends of justice served by granting a continuance from June 24, 2013, to July 19, 2013, outweigh the best interests of the public and the defendant in a speedy trial. The Court ORDERS that the time between June 24, 2013, to July 19, 2013, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED: ~~May __, 2013~~ July 1, 2013



_____
Edward M. Chen
District Judge

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
Case No. CR 11-0625 EMC          3