1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  UNITED STATES OF AMERICA,                    No. CR-11-0625 EMC
9            Plaintiff,
10    v.                                        **ORDER RE EVIDENTIARY
                                                 OBJECTION**
11  BASSAM YACOUB SALMAN, A/K/A
    BASSAM JACOB SALMAN
12
          Defendant.
13  _____/
14
15
16        Before the Court is the government's motion in limine relating to Exhibit 88, the Defendant's

17  interview with the SEC.  The government requests that the Defendant be precluded from eliciting

18  any statements by the Defendant to the SEC that the government is not offering into evidence.  The

19  Defendant argues that the rule of completeness and Fed. R. Evid. 106 require admission of the entire

20  interview with the SEC, with only the Defendant's invocations of his Fifth Amendment rights

21  redacted.

22        The Court has reviewed both the unedited transcript and the portions of the transcript the

23  government proposes to introduce.  The Court finds that Rule 106 and the rule of completeness do

24  not apply.  Defendant has not pointed to any portion of the testimony needed to insure completeness

25  and fairness in response to the discrete sections the government seeks to admit.  The omitted

26  portions of the transcript are not necessary to place the admitted excerpts into a proper context or to

27  avoid misleading the jury. *See United States v. Burreson*, 643 F.2d 1344, 1349 (9th Cir. 1981).

28

1    IT IS SO ORDERED.

2

3    Dated:  September 13, 2013

4    _____

5    EDWARD M. CHEN
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28