UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-0625 EMC |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| BASSAM YACOUB SALMAN, a/k/a Bassam Jacob Salman | |
| Defendant. | |

We, the members of the jury in the above-entitled action, find the defendant, Bassam Yacoub Salman, a/k/a Bassam Jacob Salman;

1. __Guilty__ (GUILTY/NOT GUILTY) of the charge of conspiracy to commit securities fraud, as set forth in Count One of the Indictment.

2. __Guilty__ (GUILTY/NOT GUILTY) of the charge of securities fraud, as set forth in Count Two of the Indictment, concerning the purchase of 58 securities of United Surgical Partners International, Inc. on or about November 7, 2006.

3. __Guilty__ (GUILTY/NOT GUILTY) of the charge of securities fraud, as set forth in Count Three of the Indictment, concerning the purchase of 6,200 securities of United Surgical Partners International, Inc. on or about December 15, 2006.

1

4. __Guilty__ (GUILTY/NOT GUILTY) of the charge of securities fraud, as set forth in Count Four of the Indictment, concerning the purchase of 37 securities of Biosite Incorporated on or about March 23, 2007.

5. __Guilty__ (GUILTY/NOT GUILTY) of the charge of securities fraud, as set forth in Count Five of the Indictment, concerning the purchase of 22 securities of Biosite Incorporated on or about March 23, 2007.

Dated: 9/30/13

_____
FOREPERSON