UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

CASE NO. CR11-0625 EMC
USA v. Bassam Yacoub Salman

RECEIVED
SEP 1 8 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## NOTE FROM THE JURY

Note No. 1

Date 9/18/13

Time 8:33

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

- Regarding the confidential stamp:
  - Is that a regular process for the company to do? Mr. Schwaked was not knowleadgeable about this, where in the guidelines of the company does it show?
- Is there any footage of Mr. Munir @ Maher apt. when he said he was using drugs (camera from the bldg).
- wedding → camera recording where the brother emphasizes that he is a investment banker.
- Research report → given to the brother in case he got caught & say that he was doing his own research → the reports that were printed are reports that can only be printed from the company's system — wouldn't it have some kind of logo or ID that soand so employee printed the document?
- Where are the reports?
- Packages & faxes that were received @ his brother's home? These packages that were sent by fedex or UPS can be traced? & it would have the company's address? faxes have history, IT Dept can print that?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

**CASE NO. CR11-0625 EMC**
**USA v. Bassam Yacoub Salman**

### NOTE FROM THE JURY

Note No. 2
Date 9/18/13
Time 1:53

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

1. When you are de~~fo~~ debrief are you recorded?
2. Is Munir's wife testifying?
3. Mr. Kara lost his device ~~on aa~~ which later on found @ Munir's house — if he was to use the encrypted device would he need a password? log in?⟵
4. Mr. Paul Hartley → watch daily → where did he watch this? On his own computer? on a company computer?
   · Is there history of this?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

**CASE NO. CR11-0625 EMC**
**USA v. Bassam Yacoub Salman**

NOTE FROM THE JURY



Note No. **3**

Date **9/20**

Time **8:20**

1. The Jury has reached a unanimous verdict (  )

or

2. The Jury has the following question:

With NASSAR MARCINI, we were not told of what charges (#) he pleaded to yet he stated he was guilty. Are we to Assume By his Word he is guilty? NO phone Records had proved he received information. or if Anyone else gave him that information

He also stated he himself desided to sell at a loss "on his own" But graph shows he bailed out ahead of Large Drop, WAS that inside information Also from Michael or Someone else?

(General question For Judge)

Do we only ask questions on material that has Been Delivered and is on record? I am unsure on Limitations As a juror

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

CASE NO. CR11-0625 EMC
USA v. Bassam Yacoub Salman

NOTE FROM THE JURY

Note No. 4

Date 9/20

Time 11:05 AM

RECEIVED SEP 20 2013 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

(2.) The Jury has the following question:

CAN THE COURT REPORTER PLEASE READ BACK THE VERY LAST QUESTION THAT WAS ASKED, AND THE ANSWER GIVEN BY MR. KREPELKA BEFORE COURT WENT TO RECESS. THANK YOU.

I COULD NOT HEAR THE REPONSE OF WHAT THE COST OF THE OPTION WOULD HAVE BEEN ON THE START OF TRADING DAY, MONDAY, 03/26/07

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

CASE NO. CR11-0625 EMC
USA v. Bassam Yacoub Salman

## NOTE FROM THE JURY

Note No. __5__

Date __9/20/13__

Time __3:37__

RECEIVED SEP 20 2013 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Will we at any point find out what sentencing would have been if some of the witnesses had not signed their plea agreements?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

**CASE NO. CR11-0625 EMC**
**USA v. Bassam Yacoub Salman**

RECEIVED SEP 20 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## NOTE FROM THE JURY

Note No. 6

Date 9/20/13

Time 3:35

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Can I bring my accounting &/CPA study material to use to study during breaks and lunch break?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

CASE NO. CR11-0625 EMC
USA v. Bassam Yacoub Salman

NOTE FROM THE JURY

Note No. 7
Date 9/23/13
Time 2:48



RECEIVED
SEP 2 3 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

When questioned and on an exibit they are reading to themselfs their testimony is on record yet we do not know what was read. How are we to have a full picture to what they are agreeing or disagreeing to?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

CASE NO. CR11-0625 EMC
USA v. Bassam Yacoub Salman

## NOTE FROM THE JURY

Note No. 8

Date 9-24

Time 8:14am

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

→ Is Munir's wife a witness & will she give testimony?
→ Basam withdrew money from his acct to give to Munir but Munir only took some of it — where is the withdrawal receipt or financial statement from bank.

→

_____
Foreperson of the Jury

RECEIVED SEP 24 2012 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

**CASE NO. CR11-0625 EMC**
**USA v. Bassam Yacoub Salman**

## NOTE FROM THE JURY



Note No. 9
Date 9/27/13
Time 8:35am

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:
→ Mr. Chilsom said that he did not know how the Cashier's check got to Bank, but on the back of check there is a stamp? wouldn't that information tell him @ what branch-location it got deposited & (date) etc.
→)

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

**CASE NO. CR11-0625 EMC**
**USA v. Bassam Yacoub Salman**

## NOTE FROM THE JURY

Note No. 10

Date 9/27

Time 4:00

RECEIVED SEP 27 2012 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1. ~~The Jury has reached a unanimous verdict ( )~~

or

2. The Jury has the following question:

Can we look at the large ~~charge~~ chart the gov't used for their closing arguments.

_____
Foreperson of the Jury

**Answer to Jury Note #10**

The summary of trading in various securities exhibit used during the government's closing argument was used as a demonstrative aid. This exhibit was not admitted into evidence during the trial, as such we refer you to Jury Instruction No. 31 (p. 33). Since it is not in evidence, the Court cannot provide it to you.

